IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL SUSSMAN,<br><br>        Plaintiff,<br>v.<br><br>WFM-WO, INC. JOHN DOE et al.,<br><br>        Defendants. | **MEMORANDUM DECISION AND ORDER AFFIRMING [5] MAGISTRATE REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-00418-DN<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Wells on May 30, 2017, recommends that plaintiff's complaint be dismissed."

The parties were notified of their right to file objections to the Report and Recommendation within 14 days after receiving it.[2] Plaintiff filed an objection to the Report and Recommendation.[3]

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b)(3), the Court has reviewed de novo all materials, including Plaintiff's pro se objections, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation. The Court agrees with the analysis and conclusion of the magistrate judge, and will adopt the Report and Recommendation. Accordingly,

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED. Plaintiff's complaint is DISMISSED.

---

[1] Docket no. 5, entered May 30, 2017.

[2] Report and Recommendation at 4.

[3] Objections to Wells Motion to Dismiss, docket no. 6, filed June 9, 2017.

[4] Docket no. 5, entered May 30, 2017.

The clerk of the court is directed to CLOSE this case.

Signed June 29, 2017.

                BY THE COURT

                _____
                District Judge David Nuffer